UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANNY CLINCH,<br><br>                Plaintiff,<br><br>v.<br><br>EBONY MEDIA GROUP, LLC, *doing business as* EBONY.COM, *and* DOES 1–10,<br><br>                Defendants. | **ORDER**<br><br>22 Civ. 7066 (ER) |

RAMOS, D.J.

      On August 18, 2022, Danny Clinch brought this action against Ebony Media Group, LLC and Does 1–10.  Doc. 1.  On September 12 and September 23, 2022, the Court granted the parties' requests for an extension of time to respond to the Complaint from September 12, 2022 to September 23, 2022 and from September 23, 2022 to September 30, 2022.  Docs. 10, 12.  Since then, no action has occurred in this case.

      The parties are hereby directed to submit a joint status report by **October 14, 2022.**

      It is SO ORDERED.

Dated: October 7, 2022
       New York, New York

                                                            Edgardo Ramos, U.S.D.J.